## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cross, Adell

Printed: 8/5/08

Case Number: 05 B 29706
Judge: Hollis, Pamela S
Filed: 7/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  July 31, 2008
Confirmed:  September 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,516.08 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,371.79 |
| Priority: |  | 0.00 |
| Administrative: |  | 905.20 |
| Trustee Fee: |  | 239.09 |
| Other Funds: |  | 0.00 |
| Totals: | 4,516.08 | 4,516.08 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 905.20 | 905.20 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Capital One | Unsecured | 1,000.36 | 1,000.36 |
| 4. | Capital One | Unsecured | 547.15 | 547.15 |
| 5. | Resurgent Capital Services | Unsecured | 1,824.28 | 1,824.28 |
|  |  |  | $ 4,276.99 | $ 4,276.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 99.11 |
| 5% | 27.26 |
| 4.8% | 51.83 |
| 5.4% | 48.60 |
| 6.5% | 12.29 |
|  | $ 239.09 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cross, Adell

Case Number:  05 B 29706

Judge:  Hollis, Pamela S

Printed:  8/5/08

Filed:  7/28/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: